*Nov. Term,*
*1857.*

HALL
v.
HAYS.

------------------

## HALL v. HAYS.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Several errors were at first assigned; but these are all abandoned, and the error relied upon solely, is this: that there was a trial without an issue.

The amended transcript filed, shows that answers leading to issues of fact were filed, and hence, the error assigned is no longer available.

The judgment is affirmed, with costs.

*J. W. Gordon*, *E. Dumont* and *G. K. Perrin*, for the appellant.